# Court of Appeals
# of the State of Georgia

ATLANTA, June 21, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0247. JIN JEON KIM v. STEVE O.**

In her notice of appeal, Jin Jeon Kim requested that all of the record, including transcripts, be transmitted to this Court. While the record includes the transcripts, the voluminous Plaintiff's Exhibits provided to this Court on a flash drive are not numbered, making them unuseable for purposes of our review. We therefore REMAND the above-styled case for inclusion of Plaintiff's Exhibits that can be readily identified. Upon the filing of these exhibits, the Clerk of the Superior Court of Fulton County shall transmit the entire record and transcripts to this Court for redocketing pursuant to the notice of appeal filed in this case.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/21/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*